1

2

3                                                    **E-FILED on** __11/20/09__

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                              SAN JOSE DIVISION

9

10   DONALD WAYNE CRISP,                    No. C -09-03102 RMW

11          Plaintiff,

12          v.

13   JOHN A. WAGNER, in his Official Capacity
     as Director of California Department of Social
14   Services; ELLIOTT ROBINSON, in his        ORDER GRANTING MOTIONS TO
     Official Capacity as Director of Monterey   DISMISS
15   County Department of Social & Employment
     Services; LEN FOSTER, in his Official
16   Capacity as Director of Monterey County
     Department of Health and as Commissioner of
17   Central Coast Alliance for Health; HARRY
     WEIS, in his Official Capacity as CEO of     **[Re Docket No. 16, 18, 35]**
18   Natividad Medical Center; ALAN McKAY, in
     his Official Capacity, as Director of Central
19   Coast Alliance for Health,

20          Defendants.

21

22          The court grants defendant Wagner's motion to dismiss with prejudice.  The court grants the

23   remaining defendants' motions to dismiss without prejudice.  Plaintiff shall have 60 days leave to

24   amend.  The court appreciates that during this time counsel for the Central Coast Alliance for Health

25   defendants will try to advise plaintiff where he can receive mental health services.

26

27   DATED:      11/20/09                    _Ronald M Whyte_____
                                             RONALD M. WHYTE
28                                           United States District Judge

     ORDER GRANTING MOTIONS TO DISMISS—No. C -09-03102 RMW
     CCL

1

**Notice of this document has been sent to:**

2

**Plaintiff:**

3

Donald Wayne Crisp
Post Office Box 4733

4

Salinas, CA 93912

5

**Counsel for Defendants:**

6

Gregory David Brown          Gregory.Brown@doj.ca.gov

W. David Walker          Dwalker@ccclawfirm.com

7

Curtis Stanfield Leavitt          cleavitt@wilkefleury.com

8

9

Counsel are responsible for distributing copies of this document to co-counsel that have not registered

10

for e-filing under the court's CM/ECF program.

11

12

13

**Dated:**          11/20/09                              CCL
                                        **Chambers of Judge Whyte**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING MOTIONS TO DISMISS—No. C -09-03102 RMW
CCL                                                                  2