E-FILED on     1/22/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONALD WAYNE CRISP,<br><br>             Plaintiff,<br><br>         v.<br><br>JOHN A. WAGNER, in his Official Capacity as Director of California Department of Social Services; ELLIOTT ROBINSON, in his Official Capacity as Director of Monterey County Department of Social & Employment Services; LEN FOSTER, in his Official Capacity as Director of Monterey County Department of Health and as Commissioner of Central Coast Alliance for Health; HARRY WEIS, in his Official Capacity as CEO of Natividad Medical Center; ALAN McKAY, in his Official Capacity, as Director of Central Coast Alliance for Health,<br><br>             Defendants. | No. C -09-03102 RMW<br><br>JUDGMENT |

On November 20, 2009, the court issued an order dismissing this action and allowing plaintiff Donald Wayne Crisp 60 days leave to amend. Plaintiff has not amended his complaint. THEREFORE, IT IS HEREBY ADJUDGED that plaintiff takes nothing by way of his complaint and that judgment be entered in favor of defendants.

DATED:     1/22/10

_____
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C -09-03102 RMW
CCL

**Notice of this document has been sent to:**

**Plaintiff:**

Donald Wayne Crisp
Post Office Box 4733
Salinas, CA 93912

**Counsel for Defendants:**

| | |
|---|---|
| Gregory David Brown | Gregory.Brown@doj.ca.gov |
| W. David Walker | Dwalker@ccclawfirm.com |
| Curtis Stanfield Leavitt | cleavitt@wilkefleury.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   1/22/10                                 CCL
                                              **Chambers of Judge Whyte**